AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:12-cr-255 |
| Jose Delores Vanegas | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                 .

Date:      04/16/2020                                                  /s/
                                                          *Attorney's signature*

                                                    Marc J. Birnbaum
                                                *Printed name and bar number*

                                            United States Attorney's Office
                                            2100 Jamieson Avenue
                                            Alexandria, Virginia 22314

                                                      *Address*

                                            marc.birnbaum@usdoj.gov
                                                  *E-mail address*

                                                  (703) 299-3700
                                                *Telephone number*

                                                  (703) 299-3980
                                                  *FAX number*